[No. 715-3.   Division Three.   April 2, 1973.]

TONASKET UNITED GROWERS, *Appellant,* v. BARBARA J. WILSON, *Respondent.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 18370, Richard J. Ennis, J., entered June 13, 1972. *Affirmed* by unpublished per curiam opinion.

[No. 1507-1.   Division One—Panel 1.   April 2, 1973.]

THE CITY OF SEATTLE, *Respondent,* v. KENNETH DALE WORTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 58999, Edward E. Henry, J., entered February 7, 1972. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson, C.J., and James, J.

[No. 749-2.   Division Two.   April 3, 1973.]

NORMA BROCKMAN, *Individually and as Administratrix, et al., Appellants,* v. WILLIAM J. HARPER, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 204231, Robert A. Jacques, J., entered March 20, 1972. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Armstrong and Petrie, JJ.

[No. 805-2.   Division Two.   April 6, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD ALAN PARKE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 7442, J. Guthrie Langsdorf, J., entered June 5, 1972. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.